Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medien Patent Verwaltung AG     v. Deluxe Entertainment Services

No. 14-1316

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Medien Patent Verwaltung AG
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Mark M. Supko
Law firm: Crowell & Moring LLP
Address: 1001 Pennsylvania Avenue, NW
City, State and ZIP: Washington, DC 20004
Telephone: 202.624.2734
Fax #: 202.628.5116
E-mail address: msupko@crowell.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/31/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[✓] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3-12-14                                   *(signature)*
Date                                      Signature of pro se or counsel

cc: _____

123

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 14th day of March, 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System and caused a true and correct copy to be sent via e-mail to:

Deanne E. Maynard
Brian R. Matsui
Marc A. Hearron
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC  20006
dmaynard@mofo.com
bmatsui@mofo.com
mhearron@mofo.com

Scott Joseph Bornstein
Greenberg Traurig LLP
200 Park Avenue
New York, NY  10166
bornsteins@gtlaw.com

    /s/ Kathryn L. Clune
Kathryn L. Clune
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 624-2705 (Telephone)
(202) 628-5116 (Facsimile)
kclune@crowell.com